IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3106-3 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AMAR GHANIM ATTISHA, | ) | |
| Defendant. | ) | |

On the oral motion of the government, and with the agreement of the defendant,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 157) has been reset before the undersigned United States district judge to **11:30 a.m.**, Tuesday, March 28, 2006, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant is held to have waived his right to be present.

March 24, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge